

1  DANIEL G. BOGDEN
   United States Attorney
2  KATHLEEN BLISS
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada 89101
4  (702) 388-6336 / Fax: (702) 388-6418

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-048-JCM-LRL |
| PLAINTIFF, | |
| VS. | **MOTION AND ORDER TO UNSEAL** |
| JESUS GUADALUPE FELIX BURGOS, et al. | |
| DEFENDANTS. | |

The United States requests that the Court enter an order unsealing the above captioned case. The government shows the Court that on February 8, 2011, a federal grand jury sitting in the District of Nevada returned a sealed indictment, charging Jesus Guadalupe Felix Burgos, Francisco Flores-Jorge, Angel G. Aguilar, Lee S. Novarro, Christopher Farijo, Daniel Rizo, Nancy Mageno, Ruben Aguilar, John Asher, and Danya Maycotte with Drug Conspiracy and Distribution, in violation of 21 U.S.C. 846 and 841. As defendants have been arrested, the need for sealing has been extinguished.

This the 9th day of February, 2011.

DANIEL G. BOGDEN
United States Attorney

KATHLEEN BLISS
Assistant United States Attorney

IT IS SO ORDERED.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE
DATED: February 9, 2011