# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:11-cr-048-JCM-LRL |
| BURGOS, et al., | ) ) | |
| Defendant. | ) ) | **ORDER** |

The above entitled matter is HEREBY REFERRED to Magistrate Judge Leavitt for all matters concerning budgetary issues and voucher approvals submitted pursuant to the Criminal Justice Act.

DATED this 14th day of March, 2011.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE